1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BUDDY RAY GARY,                          1:10-cv-01223-SKO (HC)

12            Petitioner,                      ORDER GRANTING MOTION
                                               TO PROCEED IN FORMA PAUPERIS
13       vs.
                                               (DOCUMENT # 2)
14   STANISLAUS COUNTY JAIL,

15            Respondent.
     _____/
16

17       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19       Petitioner has filed a motion to proceed in forma pauperis.   Examination of these documents

20   reveals that petitioner is unable to afford the costs of this action.   Accordingly, the motion to proceed

21   in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

22   IT IS SO ORDERED.

23   **Dated:    July 14, 2010**              _____/s/ Sheila K. Oberto_____
                                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28